# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00634-CR

**The State of Texas, Appellant**

**v.**

**Jessica Cook, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
## NO. C1CR07224975, HONORABLE ELISABETH ASHLEA EARLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State of Texas has filed a motion to dismiss its appeal. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on State's Motion

Filed: December 9, 2008

Do Not Publish